UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW CINGULAR WIRELESS PCS, LLC         Docket No. 2:22-cv-05524-JS-LGD
d/b/a AT&T Mobility,

        Plaintiff,

  - against -          **NOTICE OF MOTION**
                  **FOR INTERVENTION**

THE INCORPORATED VILLAGE OF
MUTTONTOWN, THE INCORPORATED
VILLAGE OF MUTTONTOWN BOARD OF
TRUSTEES; THE PLANNING BOARD OF THE
INCORPORATED VILLAGE OF
MUTTONTOWN, THE SITE AND
ARCHITECTURAL REVIEW BOARD OF THE
INCORPORATED VILLAGE OF
MUTTONTOWN, and THE ZONING BOARD OF
APPEALS OF THE INCORPORATED VILLAGE
OF MUTTONTOWN,

        Defendants.
------------------------------------------------------------------X

| | |
|---|---|
| **MOTION BY:** | CAMPANELLI & ASSOCIATES, P.C.<br>Attorneys for Proposed Answering Intervenors |
| **DATE, TIME RETURNABLE:** | As Directed by the Court. |
| **PLACE OF HEARING:** | Before Ho. Lee G. Dunst, Magistrate Judge, at the Courthouse located at 100 Federal Plaza, Courtroom 830 Central Islip, New York 11722 |

**RELIEF REQUESTED:**
(a) An Order pursuant to Fed. R. Civ. P. 24 granting intervention of right as for Lauren Calabrese, *individually,* Aldo Calabrese, *individually,* Tara Rice, *individually,* Tom Davenport, *individually*, Grace Canterella, *individually,* Scotte Perry, *individually,* Russell McRory, *individually,* Joanne McRory, *individually,* Gary Ferrentino, *individually,* Susan Ferrentino, *individually,* Hal Katz, *individually,* Mark Berg, *individually,* Nicole Berg, *individually,* John Messina, *individually,* Frank Messina, *individually,* Brenda Macari, *individually,* Carolyn Gero, *individually,* Leonard Gero, *individually,* Ellen Manoff, *individually,* Mitchell Manoff, *individually,* Patricia Cadavid, *individually,* Carl Juul Nielsen, *individually,* Shawn Galdstone, *individually,* Madelyn Andruk, *individually,*  Beatrice Lester, *individually,* Clifford Lester, *individually,* Lawrence Lambert, *individually,* Joanna Lambert, *individually,* Tony Salgado, *individually,* Marisol Cana, *individually,* or *in the alternative,*

(b) an Order pursuant to Fed. R. Civ. P. 24 granting permissive intervention as for Lauren Calabrese, *individually,* Aldo Calabrese, *individually,* Tara Rice, *individually,* Tom Davenport, *individually,* Grace Canterella, *individually,* Scotte Perry, *individually,* Russell McRory, *individually,* Joanne McRory, *individually,* Gary Ferrentino, *individually,* Susan Ferrentino, *individually,* Hal Katz, *individually,* Mark Berg, *individually,* Nicole Berg, *individually,* John Messina, *individually,* Frank Messina, *individually,* Brenda Macari, *individually,* Carolyn Gero, *individually,* Leonard Gero, *individually,* Ellen Manoff, *individually,* Mitchell Manoff, *individually,* Patricia Cadavid, *individually,* Carl Juul Nielsen, *individually,* Shawn Galdstone, *individually,* Madelyn Andruk, *individually,*  Beatrice Lester, *individually,* Clifford Lester, *individually,* Lawrence Lambert, *individually,* Joanna Lambert, *individually,* Tony Salgado, *individually,* Marisol Cana, *individually;* and

(c) for such other and further relief as this Court deems just and proper.

**SUPPORTING PAPERS:**         Declaration of Andrew J. Campanelli dated        , 2022, Memorandum of Law dated November 2, 2022, and Exhibits "A" through " D."

**PLEASE TAKE
FURTHER NOTICE:**         Opposition papers are to be served pursuant to the Court's briefing schedule.

Dated: Merrick, New York
       November 2, 2022

Respectfully submitted,
CAMPANELLI & ASSOCIATES, P.C.
*Attorneys for proposed Answering Intervenors*

By:    Andrew J. Campanelli /s/
       Andrew J. Campanelli (AC 4014)
       1757 Merrick Avenue, Suite 204
       Merrick, New York 11566
       Tel: (516) 746-1600
       Fax: (516) 746-2611
       Email: ajc@campanellipc.com

TO:   *All parties of record via ECF*